UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

TIMOTHY SHAWN GOOSTREE,            Plaintiff,

v.            Civil Action No. 3:16-cv-P134-DJH

HARDIN COUNTY DETENTION CENTER,            Defendant.

\* \* \* \* \*

### MEMORANDUM OPINION

Plaintiff Timothy Shawn Goostree, a convicted prisoner at Hardin County Detention Center (HCDC), filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 (DN 1). By Memorandum Opinion and Order entered August 15, 2016 (DN 7), the Court conducted an initial review of the complaint pursuant to 28 U.S.C. § 1915A and dismissed the claims against the HCDC/Hardin County pursuant to § 1915A(b)(1) for failure to state a claim upon which relief may be granted. The Court also provided Plaintiff 30 days within which to file an amended complaint with respect to his denial-of-medication claim. The Court warned Plaintiff that his failure to file an amended complaint within the time allotted would result in dismissal of the entire action for the reasons stated in the Memorandum Opinion and Order.

The 30-day period has expired without Plaintiff filing an amended complaint. Therefore, the action will be dismissed by separate Order for failure to state a claim upon which relief may be granted.

Date: October 7, 2016

**David J. Hale, Judge**
**United States District Court**

cc:     Plaintiff, *pro se*
        Hardin County Attorney
4415.005